In the Matter of Lester Lee BATES, III, Petitioner.
(371 S. E. (2d) 800)

Supreme Court

Sept. 8, 1988.

ORDER

Petitioner is an attorney licensed to practice law in South Carolina. He petitions to be transferred to the disability inactive status under paragraph 19 of the Rule on Disciplinary Procedure.

It is ordered that the petition is granted and petitioner is transferred to disability inactive status until further order of this Court.